In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

2015 MAY 18 PM 1:42

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

MOTION TO JUST AND RIGHT DIVISON OF THE COMMUNITY ESTATE DUE TO FRAUD OVERVALUED COMMUNITY WITH REALTORS OPINION AND BANKRUPTCY LIFT STAY NOT FILED AND MORTGAGE PAYMENTS WERE NOT BEING MADE BY APPELLEE MANUEL CASTRO AND HIDING OF MARTIAL ASESTS 99 SUBARU AND KEOGH PLAN PENSION

TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEAL

Here come Appellant Maryann Castro who is pro-se in Appeals Court and prays for Justice the wronged spouse should be fully Compensated for Cause of Action for fraud Committed against the Community VICKERY V VICKERY 999 SW 2D 342,343(TEX 1999)

A Redivision of Community Estate and for actual punitive damages against Appellee Manuel Castro and 3rd party non spouse mistress Christina Pacheco and Attorney Joseph Appelt were involved in fraud On Oct 30, 2013 husband Appellee Manuel Castro is liable for fraud and breach of fiduciary duty caused to harm Appellant Maryann Castro spouse of 29 years the Following occurred to harm Appellant Maryann Castro.

A) Loss of martial property

Appellee Manuel Castro disposed martial asset 95 fleetwood mobile home financed by Greentree and Mistress Christina Pacheco was involved in disposing a martial asset she had no interest or right to even get involved sent text to Appellant Maryann Castro see text

B) Loss of home equity

Appellee Manuel Castro was not paying the mortgage as ordered by the Court when Appellee Manuel Castro and Appellant Maryann Filed for divorce on or about Oct 2011 and Appellee Manuel Castro mistress Christina Pacheco was involved sent text to Appellant Maryann Castro sorry Court or not no house payment Appellee Manuel Castro was paying for his adulterous Affair using Community funds he stopped direct deposit and moved in with the mistress

nonspouse Christina Pacheco who herself was married and knew Appellee Manuel Castro was married to Appellant Maryann Castro Attorney Dinorah Diaz was The non-spouse mistress Christina Pacheco husband Attorney Rudy Pacheco who has record of the Adulterous Affair Appellee Manuel Castro was Having with Non Spouse Mistress Christina Pacheco who is part of this lawsuit brought in Court by Appellant Maryann Castro Appellee Manuel Castro was paying for his adulterous affair instead of paying the home mortgage Appellee Manuel Castro put in bankruptcy and still was not paying the home mortgage as he agreed to when Appellee Manuel Castro filed for bankruptcy on or about August 2012. Appellee Manuel Castro was causing harm to Appellant Maryann Castro continued his adulterous affair with Christina Pacheco and not paying the home mortgage as ordered by the Court Oct 2011.

C) Punitive damages

Spousal Support 1500 Monthly Appellee Manuel Castro is a welder gets paid weekly Appellant Maryann Castro did not give up her right to Spousal Support it should have been enforced in the Agreement for final Divorce Oct 30,2013 Counsel Joseph Appelt wrote on the Agreement no spousal Support after signature were written another fraud attempt made to hurt Appellant Maryann Castro the disabled spouse of Appellee Manuel Castro for 29 years.

D) Appellee Manuel Castro and Counsel Joseph Appelt and 3rd party non spouse mistress Christina Pacheco caused harm to hurt Appellant Maryann Castro by husbands dishonesty Appellee Manuel Castro the purpose of overvaluing the Community and hiding martial assets was to deceive Appellant Maryann Castro to cause harm and mental anguish Appellant Maryann Castro has suffered extreme depression, loss of income, loss of job due to the dishonesty of Appellee Manuel Castro who has had over a year to be honest with the Appeals Court about the bankruptcy, overvalued the Community hiding martial assets, disposed martial asset ,and not paying the home mortgage Appeals Court has copy's of evidence of wrongdoing instead Appellee Manuel Castro and Counsel Joseph Appelt and 3rd party non spouse Christina Pacheco rather let this case drag on for over a year and Conspired to Commit fraud on the Community and hiding martial assets costing Appellant Maryann Castro thousands of Dollars and extreme mental anguish depression almost losing the Community to foreclosure on Jan 6,2015 for non-payment of taxes mortgage Attorney Matthew Obremeier was retained to protect the Community for Appellant Maryann Castro and is still active in Atascosa Courthouse due to nonpayment of mortgage and this was caused by Appellee Manuel Castro. Case of Schlueter v schlueter 975 S.W. 2D 584(TEX 1998)(JHECHT DISSENTING)(2) INTRODUCES NEW TEXAS FAMILY CODE SECTION 7.009 CODIDYING SCHLUETER(3)

*Maryann Castro* (signature)

Appellant Maryann Castro prays for Justice and relief she is entitled Appellant Maryann Castro is pro se
1501 Olive
Jourdanton Texas 78026
8304960133
Pacattitude2014@gm

Filed 5/18/15